## In re JACOB G. and Jennifer G.

Supreme Judicial Court of Maine.

Argued Sept. 9, 1987.
Decided Oct. 9, 1987.

Deborah A. Hjort, Margaret H. Semple (orally), Saco, for appellant.

Michelle Robert, guardian ad litem, Biddeford.

James E. Tierney, Atty. Gen., William N. Lund (orally), Asst. Atty. Gen., Augusta, for appellee.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

The mother of Jacob G. and Jennifer G. appeals separate orders of the District Court (Biddeford) terminating her parental rights pursuant to 22 M.R.S.A. § 4055(1)(B)(2) (Supp.1986). On the issues presented on appeal, we conclude that there was clear and convincing evidence in the record to support the District Court's

findings. *See In re Chesley B.*, 499 A.2d 137, 138-9 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.

## STATE of Maine

v.

## Richard CURTIS.

Supreme Judicial Court of Maine.

Argued Sept. 10, 1987.
Decided Oct. 9, 1987.

David W. Crook, Dist. Atty., Skowhegan, Wayne S. Moss (orally), Asst. Atty. Gen., Augusta, for plaintiff.

Geoffrey Brown (orally), Perkins, Townsend & Shay, Skowhegan, for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Richard Curtis appeals from the denial by the Superior Court (Somerset County) of his motion for a new trial based on newly discovered evidence. We conclude that the Superior Court was not clearly erroneous in finding that Curtis had failed to show the probability of a different result if on retrial the Court learned of the recantation. Accordingly, we affirm the judgment. *See State v. Pierce*, 438 A.2d 247, 253 (Me. 1981).

The entry must be:

Judgment affirmed.

All concurring.